UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSZETTA MARIE MCNEILL,

    Plaintiff,

v.

                              Case No. 16-11292

                              Hon. John Corbett O'Meara

WAYNE COUNTY THIRD CIRCUIT
COURT and WAYNE COUNTY,

    Defendants.
_____/

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

    Before the court is Magistrate Judge David R. Grand's report and recommendation, filed June 12, 2017. Magistrate Judge Grand recommends that the court grant Defendants' motions to dismiss. Plaintiff Roszetta Marie McNeill filed objections on June 23, 2017.

    With respect to reports and recommendations from magistrate judges, this court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

    Having reviewed the record and Plaintiff's objections, the court agrees with

Magistrate Judge Grand's analysis and conclusion that the *Rooker-Feldman* doctrine precludes Plaintiff's claims and that there is no basis for this court to exercise superintending control over Wayne County Circuit Court.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Grand's June 12, 2017 report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's objections are OVERRULED and Defendants' motions to dismiss are GRANTED.  Judgment will be entered in favor of Defendants.

                                      s/John Corbett O'Meara
                                      United States District Judge

Date:  July 26, 2017


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 26, 2017, using the ECF system and/or ordinary mail.


                                      s/William Barkholz
                                      Case Manager